BURNS & SCHALDENBRAND
Edward W. Burns, Esq. (SBN 201913)
509 North Coast Highway
Oceanside, California 92054
Email: ewburns@bsrlawyers.com
Telephone: (760) 453-2189
Facsimile: (760) 453-2194

Attorneys for Plaintiffs,
Debra Hosley, Amber Waves; Donna Elkins,
Proverbial Pygmies; Barbara Crane, Critter Craze
Ranch; Mike Heim, Citrus Lane Pygmies;
Rhonda Moore, #1 Moore Kidd; Chelsea Bates,
Picture Perfect Pygmies

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HOSLEY, AMBER WAVES; DONNA ELKINS, PROVERBIAL PYGMIES; BARBARA CRANE, CRITTER CRAZE RANCH; MIKE HEIM, CITRUS LANE PYGMIES; RHONDA MOORE, #1 MOORE KIDD; CHELSEA BATES, PICTURE PERFECT PYGMIES;<br><br>　　Plaintiffs,<br><br>　v.<br><br>NATIONAL PYGMY GOAT ASSOCIATION; and DOES 1 TO 10, INCLUSIVE,<br><br>　　Defendants. | Case No.  3:14-cv-00290-H-BLM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>District Judge:　　Marilyn L. Huff<br>Courtroom:　　　15A-15th Flr.<br><br>Magistrate Judge: Jill L. Burkhardt<br>Courtroom:　　　St. 5140-5th Flr<br><br>Action Filed:　　February 7, 2014 |

　　Plaintiffs, by and through their counsel of record, BURN & SCHALDENBRAND, and Defendant, by and through their counsel of record, HATTON, PETRIE & STACKLER,

---
-1-
**STIPULATED DISMISSAL WITH PREJUDICE**

1 | APC, hereby agree and stipulate that the above-captioned action be dismissed with
2 | prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party to bear their own fees and costs.

3 | DATED: March 12, 2015          BURNS & SCHALDENBRAND

4 |                                          /s/ EDWARD W. BURNS
5 |                                         EDWARD W. BURNS, ESQ.
                                            Attorney for Plaintiffs
6 |                                         Debra Hosley, Amber Waves; Donna Elkins,
7 |                                         Proverbial Pygmies; Barbara Crane, Critter Craze
                                            Ranch; Mike Heim, Citrus Lane Pygmies;
8 |                                         Rhonda Moore, #1 Moore Kidd; Chelsea Bates,
9 |                                         Picture Perfect Pygmies

10 |
11 | DATED: March 12, 2015          HATTON, PETRIE & STACKLER, APC

12 |                                         BY:   /s/ARTHUR R. PETRIE
13 |                                         ARTHUR R. PETRIE, ESQ.
                                            Attorney for Defendant,
14 |                                         National Pygmy Goat Association

15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-------------------------------------------------------------- 2 --------------------------------------------------------------
**STIPULATED DISMISSAL WITH PREJUDICE**